FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 19 2022
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMY HENNER,

    Defendant.

SEALED
4:22CR3047

INDICTMENT
21 U.S.C. §§ 841(a)(1) and 841(b)(1)

The Grand Jury charges that

## COUNT I

On or about or between March 16, 2021, and March 18, 2021, in the District of Nebraska, Defendant AMY HENNER did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

DANIEL PACKARD, #21991
Assistant U.S. Attorney