IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>AMY HENNER,<br><br>    Defendant. | 4:22CR3047<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's request to modify her conditions of pretrial release is granted.

2) Both Ms. Henner and Defendant's fiancé, Donald Svajgl, Jr., are permitted to live in the home of Mr. Svajgl's mother, Vicky Stafford.

3) In all other respects, Defendant's conditions of pretrial release remain unchanged.

Dated this 23rd day of May, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge